**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AZBN026082,CABN242728
strojnik@skplaw.com

*Attorney for Plaintiff Tracy Rexroat*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TRACY REXROAT, an Arizona resident, | NO. |
| Plaintiff, | **COMPLAINT** |
| vs. | |
| ARIZONA DEPARTMENT OF EDUCATION, | **JURY TRIAL DEMANDED** |
| Defendants. | |

Plaintiff alleges as follows:

## PARTIES AND JURISDICTION

1) Plaintiff Tracy Rexroat a female residing in Maricopa County, Arizona.

2) Defendant Arizona Department of Education is an administrative agency created pursuant to A.R.S. § 15-231(A), with authority and responsibility for overseeing and regulating the public school system in the State of Arizona.

3)      This action arises under the statutes of the United States for violation of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq.

4)      Jurisdiction is proper in this court pursuant to 28 U.S.C. § 1331 because Plaintiff brings this action pursuant to federal statute.

5)      This Court has personal jurisdiction over Defendant because the acts complained of herein occurred in the State of Arizona.

6)      Venue is proper in this Court because the acts complained of herein occurred within this District.

## FACTUAL ALLEGATIONS COMMON TO ALL COUNTS

7)      Plaintiff realleges all allegations heretofore set forth.

8)      Plaintiff has been employed by Defendant as a State Supervisor in the Certified Teacher Education program since June 2007.  Plaintiff's starting salary was approximately $40,000.00.  Her current salary is the same.  According to her paystubs, the hourly break down of Plaintiff's salary is $20.3525.

9)      Plaintiff is a nonexempt employee under the FLSA because her employment position number ends in the designated letter "N".  A true and correct copy of the Defendant document designating Plaintiff as nonexempt is attached hereto as Exhibit 1.

10)     Pursuant to Defendant procedure and guidelines, Plaintiff is required to work eight (8) hour days and forty (40) hour weeks.

11)     Pursuant to Defendant procedure and guidelines, Plaintiff is entitled to overtime pay at 1.5 times her regular rate of pay.

12)    Over the past three years, Plaintiff has accumulated 2,097 hours of unpaid overtime work.  Plaintiff demanded the payment of overtime, but Defendant refused even though they are aware of Plaintiff's nonexempt status, her overtime work, and her demand.

**COUNT ONE**
**(Violation of Overtime Provisions of Fair Labor Standards Act)**

13)    Plaintiff realleges all allegations heretofore set forth.

14)    Plaintiff is and was a nonexempt employee for Defendant.

15)    Plaintiff has not been paid for the 2,097 hours of overtime work.

16)    Defendant is aware of the provisions of the FLSA, aware that Plaintiff is nonexempt, aware that she has accumulated overtime hours, and aware that she has not been compensated for the overtime hours.  Accordingly, Defendant's violation of the FLSA is willful thereby entitling Plaintiff to three years of unpaid overtime.

17)    Defendant's failure to pay Plaintiff overtime pay was not made in good faith and it has no reasonable grounds for believing it was not in violation of the FLSA for the reasons stated herein.

WHEREFORE, Plaintiff prays for relief as follows:

1. For economic damages in the amount not less than $64,018.78

2. For liquidated damages in the amount not less than $64,018.78

3. For costs and reasonable attorneys' fees; and,

4. For other relief as the Court deems just and appropriate.

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff hereby demands a jury trial.

RESPECTFULLY SUBMITTED this 13th day of June, 2012.

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (026082)
`strojnik@skplaw.com`
THE STROJNIK FIRM L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
602 510 9409 (tel)
602 532 7572 (fax)

*Attorney for Plaintiff Tracy Rexroat*

# EXHIBIT 1

## OVERTIME COMPENSATION ELECTION FORM
## FOR NON-EXEMPT POSITIONS ENDING IN (N)

| Name (Print) | Social Security Number |
|---|---|
| TRACY REXROAT | 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 |
| Official Job Title | Division/Section/Locator |
| Supervisor Engineering & Technology | |

[X] Initial Election
[ ] Cancel Prior Election and Begin New Election

I understand that as an employee entitled to overtime compensation under the Fair Labor Standards Act, for each hour that I work in excess of 40 hours per work week, I may elect to receive additional pay at one and one-half times my regular rate of pay or I may elect to receive compensatory leave at a rate of one and one-half hours for each excess hour worked or I may elect either. However, I realize that the agency reserves the right to pay cash even though I may elect to receive compensatory leave for overtime worked. In view of the foregoing:

[X] I elect to accept either compensatory leave at a rate of one and one-half hours or cash payment at the rate of one and one-half times my regular rate of pay for each hour worked in excess of 40 hours per work week. I realize that my ability to receive cash payment is subject to the agency authorizing it and having funds available to pay cash for overtime. Normal compensation will be compensatory leave unless special circumstances exist and cash payment has been approved.

[ ] I elect to accept only compensatory leave at a rate of one and one-half hours for each hour worked in excess of 40 hours per work week.

[ ] I elect to accept only cash payment at the rate of one and one-half times my regular rate of pay for each hour worked in excess of 40 hours per work week. I realize that this election will affect my ability to work overtime if and when the agency does not have funds available to pay cash for overtime.

This election is not the result of any force or coercion by the agency. It will remain in effect until it is cancelled by me and a new election is made or until I am no longer entitled to overtime compensation under the Fair Labor Standards Act. I understand that for planning and scheduling reasons, if I cancel this election and a new election is made, the new election will not be effective until the first day of the first month following sixty days after I have submitted written notice of the cancellation and new election to my employer.

_[signature]_  19-June 07
Employee Signature    Date

cc: Employee
    Supervisor
    Employee Personnel File

I:/HR & PAY/Forms-Samples/OT comp form.doc (revised 4/3/02)