Thomas C. Horne
Attorney General

Rachel Bacalzo, Bar No. 016117
Assistant Attorney General
1275 W. Washington
Phoenix, Arizona 85007-2997
Telephone: (602) 542-7750
Facsimile: (602) 542-7644
Rachel.Bacalzo@azag.gov

Attorneys for Defendant State of Arizona, Department of Education

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Tracy Rexroat, an Arizona resident,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>State of Arizona *ex rel.* Arizona Department of Education,<br><br>　　　　Defendant. | Case No: CV12-01273-PHX-ROS<br><br>**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Defendant State of Arizona, Department of Education ("ADE"), by and through undersigned counsel, and pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure, moves the Court to dismiss this action for a lack of subject matter jurisdiction. This Motion is supported by the attached Memorandum of Points and Authorities and the Court's record.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.  Legal Standard for Dismissal.**

A motion to dismiss brought under Rule 12(b)(1) tests the court's subject matter jurisdiction over a claim. Fed. R. Civ. P. 12(b)(1). The federal courts lack subject matter jurisdiction over claims brought against a state that has not unequivocally waived its sovereign immunity. *Quillin v. State of Oregon,* 127 F.3d 1136, 1139 (9th Cir. 1997)

1  (per curiam) (affirming dismissal of unpaid overtime claim brought against the State of
2  Oregon under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*)

**II.     This Case Must Be Dismissed For A Lack of Subject Matter Jurisdiction.**

Plaintiff Tracy Rexroat ("Rexroat") filed her initial Complaint on June 13, 2012. (Dkt. # 1.)  She filed a First Amended Complaint on June 25, 2012.  (Dkt. # 6.) Rexroat's First Amended Complaint asserts a single claim under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201 *et seq.*  It is well settled that states are entitled to sovereign immunity from FLSA claims under the Eleventh Amendment to the United States Constitution.  *Alden v. Maine*, 527 U.S. 706, 754 (1999) (affirming dismissal of FLSA claims against the State of Maine); *Quillin,* 127 F.3d at 1139.

The Eleventh Amendment states:

> The judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

U.S. CONST. amend. XI.

Under the Eleventh Amendment, non-consenting states, state agencies, and state departments are immune from suits brought in federal court by its own citizens.  *Board of Trustees of Univ. of Ala. v. Garrett,* 531 U.S. 356, 363 (2001); *Pennhurst State Sch. & Hosp. v. Halderman*, 465 U.S. 89, 100 (1984).  "This jurisdictional bar applies regardless of the nature of the relief sought." *Id.*  Arms of the state are also entitled to Eleventh Amendment immunity.  *See Pittman v. State of Oregon*, 509 F.3d 1065, 1072 (9th Cir. 2007).

Plaintiff concedes that ADE is a department of the State of Arizona that is created by Arizona statute.  Pl.'s First Am. Compl. ¶ 2.  Absent an explicit and express waiver of immunity by Arizona's Legislature, the immunity remains intact.  *See* Ariz. Const. art. IV, Pt. 2, § 18; A.R.S. § 12-820.05(A); *see also Edelman v. Jordan,* 415 U.S. 651 (1974).  Plaintiff has not alleged, and she cannot establish, that Arizona's legislature has

explicitly and expressly waived the State's immunity.  Because ADE is entitled to sovereign immunity, the Court lacks subject matter jurisdiction over Plaintiff's FLSA claim.

**III.    Conclusion.**

For the foregoing reasons, ADE requests the Court to dismiss this action in its entirety.

RESPECTFULLY SUBMITTTED this 17th day of July, 2012.

Thomas C. Horne
Attorney General

 s/Rachel M. Bacalzo
Rachel M. Bacalzo
Assistant Attorney General
Attorneys for Defendant State of
Arizona, Department of Education

I certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following, if CM/ECF registrants, and mailed a copy of same to any non-registrants, this 17th day of July, 2012, to:

Peter K. Strojnik
The Strojnik Firm L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona  85016
Attorneys for Plaintiff

 s/Rebecca Warinner
Attorney General Secretary
#2755406

3