**THE STROJNIK FIRM L.L.C.**
ATTORNEYS AT LAW
ESPLANADE CENTER III  SUITE 700
2415 East Camelback Road
Phoenix, Arizona 85016
(602) 510-9409

PETER K. STROJNIK, ESQ.
AZBN026082,CABN242728
`strojnik@skplaw.com`

*Attorney for Plaintiff Tracy Rexroat*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| TRACY REXROAT, an Arizona resident, ) | NO.  2:12-cv-01273-ROS |
| ) | |
| Plaintiff, ) | **NOTICE OF VOLUNTARY DISMISSAL** |
| ) | |
| vs. ) | |
| ) | |
| ARIZONA DEPARTMENT OF ) | |
| EDUCATION, ) | |
| ) | |
| Defendants. ) | |
| ) | |

NOTICE IS HEREBY GIVEN that Plaintiff voluntarily dismisses this action, including all claims against Defendants.

RESPECTFULLY SUBMITTED this 14th day of August, 2012.

*/s/ Peter Kristofer Strojnik*
Peter Kristofer Strojnik (026082)
THE STROJNIK FIRM L.L.C.
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016

*Attorney for Plaintiff Tracy Rexroat*

-1-